

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-14-00473-CV

**ARC PARKLANE, INC**. d/b/a Parklane West Healthcare Center,
Appellant

v.

Belen **BETTS**, Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and
Shirle Betts, and Dana Gibson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10178
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellant's brief was due July 21, 2015; however, the court granted an extension of time until August 20, 2015, to file the brief. On August 19, appellant filed an unopposed motion to abate the appeal, stating that the parties have agreed to mediate on September 24, 2015, and asks that the appeal be abated until October 8, 2015.

We grant the motion and **order** the appellate deadlines are suspended until October 8, 2015. We **order** appellant must file either a motion that disposes of this appeal pursuant to Texas Rule of Appellate Procedure 42.1 or its appellant's brief by **October 8, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court